EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: | |
| Pablo Maldonado Sotomayor | 2011 TSPR 154 |
| Arcadio Martínez Suárez | |
| María Santiago De Vidal | 183 DPR ____ |
| Rómulo Corrada del Río | |
| Juan R. Rodríguez Martínez | |

Número del Caso: TS-3765
                  TS-2967
                  TS-8663
                  TS-4735
                  Ts-14047


Fecha: 20 de octubre de 2011




 Materia: Bajas voluntarias al ejercicio de la abogacía
 correspondientes al mes de agosto.




Este documento constituye un documento oficial del Tribunal
Supremo que está sujeto a los cambios y correcciones del proceso
de compilación y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace como un servicio
público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Pablo Maldonado Sotomayor | 3765 |
| Arcadio Martínez Suárez | 2967 |
| María Santiago De Vidal | 8663 |
| Rómulo Corrada Del Río | 4735 |
| Juan R. Rodríguez Martínez | 14,047 |

RESOLUCIÓN

San Juan, Puerto Rico, a  20  de octubre de 2011.

Durante el mes de agosto de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados y abogadas:

| | |
|---|---|
| Pablo Maldonado Sotomayor | 3765 |
| Arcadio Martínez Suárez | 2967 |
| María Santiago De Vidal | 8663 |
| Rómulo Corrada Del Río | 4735 |
| Juan R. Rodríguez Martínez | 14,047 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo